```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/20/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RECOOP LLC,                                                       :
:
Plaintiff,                                :
:         24-cv-1810 (LJL)
-v-                                  :
:         ORDER
OUTLIERS INC. d/b/a THESIS NOOTROPICS INC.,   :
:
Defendant.                                :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The time to respond to the motion to compel is continued to the date of the completion of the forensic examination. The parties shall file a report on the status of the examination on September 3 and every two weeks thereafter. The Court will hold a conference on the motion to compel on September 3 at 11:00 AM. Such conference shall be cancelled upon a letter by the parties that the dispute has been resolved and the remaining request for relief in Dkt. No. 43 is moot.

SO ORDERED.

Dated: August 20, 2024
       New York, New York

                                                  _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge