```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
RECOOP LLC,                                                    :
                                                               :
                                Plaintiff,                     :
                                                               :           24-cv-01810 (LJL)
            -v-                                                :
                                                               :              ORDER
OUTLIERS INC. D/B/A THESIS NOOTROPICS INC.,                    :
                                                               :
                                Defendant.                     :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2024

LEWIS J. LIMAN, United States District Judge:

Plaintiff and Counterclaim Defendant Recoop LLC ("Recoop") moves, pursuant to Federal Rule of Civil Procedure 26(c) and the Federal Arbitration Act, for a stay of discovery as to the third-party claims and counterclaims asserted by defendant Outliers Inc. d/b/a Thesis Nootropics Inc. ("Thesis") and third-party plaintiff Daniel Freed ("Freed") until the Court has decided the pending motion to compel arbitration. Dkt. No. 46. Thesis and Freed oppose the motion and have argued that Recoop is in default of its discovery obligations with respect to Recoop's complaint. Dkt. No. 47.

The Court takes the motion at Dkt. No. 46 under advisement. The Court will hear the parties on the discovery dispute at the hearing scheduled for September 3, 2024, at 11:00 a.m., which will be held in person in Courtroom 15C at the 500 Pearl Street Courthouse. The parties are directed to meet and confer on the discovery disputes raised by Thesis and to file on ECF by no later than August 29, 2024, a joint letter no more than five single-spaced pages identifying each disputed issue regarding discovery and setting out (in no more than one short paragraph for each dispute) the respective positions of Plaintiff and Defendant. The letter should also attach the formal discovery requests and responses but not any correspondence between the parties. The Court intends to resolve any open discovery disputes as well as the motion at Dkt. No. 46 at the hearing on September 3, 2024.

SO ORDERED.

Dated: August 22, 2024
      New York, New York

                                                           LEWIS J. LIMAN
                                                   United States District Judge