```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RECOOP LLC,

                Plaintiff,

       -v-

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC.,

                Defendants.

------------------------------------------------------------

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC. and DANIEL
FREED,

                Counterclaim and
                Third Party Plaintiffs.

       -v-

RECOOP LLC and ANASTASIA ALT,

                Counterclaim and
                Third Party Defendants.

------------------------------------------------------------X

24-cv-01810 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Counsel for Plaintiff has filed an amended motion to withdraw pursuant to Local Rule 1.4. Dkt. No. 70, noting that they are, in fact, asserting a charging lien. Plaintiff's owner, Anastasia Alt, has filed a notice of pro se appearance, Dkt. No. 72, and has filed a letter with the Court requesting that the Court deny Bochner LLP's motion to withdraw, or in the alternative, grant a 180-day stay of proceedings to allow Plaintiff to resolve this dispute and secure new counsel. Dkt. No. 73.

      Recoop LLC is a corporate entity. Dkt. No. 7. Corporations may not appear in court without an attorney. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202–03 (1993) (noting that courts do not allow corporations, partnerships, associations, and other "artificial entities" to appear in court without an attorney). "[S]hareholders and members of

limited liability companies—even sole shareholders and sole members—do not have standing to sue for wrongs to the corporate entity." *RIGroup LLC v. Trefonisco Mgmt. Ltd.*, 949 F. Supp. 2d 546, 552 (S.D.N.Y. 2013), *aff'd*, 559 F. App'x 58 (2d Cir. 2014).

Ms. Alt may represent herself in this matter as an individual named defendant of Outliers' counterclaim, but she may not represent Recoop LLC as a plaintiff. If the Court permits the withdrawal of Plaintiff's counsel, and no other counsel timely files a notice of appearance for Plaintiff, Plaintiff will be at risk of default.

The Court orders a hearing on the motion of Plaintiff's counsel to withdraw for October 30 at 10:30 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse. Ms. Alt is ordered to appear at that time, as are counsel for both Plaintiff and Defense.

SO ORDERED.

Dated: October 24, 2024
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge