```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RECOOP LLC,                                                       :
                                                                  :
                            Plaintiff,                            :          24-cv-01810 (LJL)
                                                                  :
        -v-                                                       :
                                                                  :                ORDER
OUTLIERS INC. d/b/a THESIS                                        :
NOOTROPICS INC.,                                                  :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------:
                                                                  :
OUTLIERS INC. d/b/a THESIS                                        :
NOOTROPICS INC. and DANIEL                                        :
FREED,                                                            :
                   Counterclaim and                               :
                   Third Party Plaintiffs.                        :
                                                                  :
        -v-                                                       :
                                                                  :
RECOOP LLC and ANASTASIA ALT,                                     :
                                                                  :
                   Counterclaim and                               :
                   Third Party Defendants.                        :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Following the hearing on October 30, 2024, the Court orders the stay of all proceedings in this matter until November 8, 2024. Parties are directed to submit a status report on or before November 8, 2024.

     SO ORDERED.

Dated: October 30, 2024  
      New York, New York  
                                                                 LEWIS J. LIMAN  
                                                            United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/30/2024