UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RECOOP LLC, :
:
:
Plaintiff, :
: 24-cv-01810 (LJL)
-v- :
: ORDER
:
OUTLIERS INC. d/b/a THESIS :
NOOTROPICS INC., :
:
Defendants. :
:
------------------------------------------------------------------- :
:
OUTLIERS INC. d/b/a THESIS :
NOOTROPICS INC. and DANIEL :
FREED, :
Counterclaim and :
Third Party Plaintiffs. :
:
-v- :
:
RECOOP LLC and ANASTASIA ALT, :
:
Counterclaim and :
Third Party Defendants. :
:
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received Bochner PLLC's motion and renewed motion for leave to withdraw as counsel for Plaintiff Recoop LLC and third-party defendant Anastasia Alt pursuant to Local Civil Rule 1.4. *See* Dkt. Nos. 70, 81.  It is hereby ORDERED that, should Recoop or Ms. Alt (or any other party to this action) oppose attorneys' motion to withdraw, opposition papers must be served and filed no later than November 22, 2024.

Any written response by Recoop or Ms. Alt may be submitted in the form of a letter marked "confidential" and delivered directly to chambers, by email addressed to LimanNYSDChambers@nysd.uscourts.gov. In order to protect the attorney-client privilege between client and counsel, Recoop and/or Ms. Alt are directed to send a copy of any submission(s) to Bochner PLLC but not to any other party.

Any reply papers are due no later than November 26, 2024. To the extent that Bochner PLLC wishes to discuss any privileged or confidential matters in their reply papers, the papers shall be filed on the public docket with redactions, accompanied by unredacted copies filed under seal, in compliance with the Court's Individual Practices, *see* Attachment A.

It is further ORDERED that Bochner PLLC shall promptly serve a copy of this Order on Recoop and Ms. Alt, and shall file a proof of service on ECF.

SO ORDERED.

Dated: November 15, 2024
      New York, New York

_____
      LEWIS J. LIMAN
      United States District Judge