UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2024
```

-----------------------------------------------------------------------X
                                                  :

RECOOP LLC,                                :

                      Plaintiff,                :

                                       :           24-cv-01810 (LJL)

      -v-                            :               ORDER

                                       :

OUTLIERS INC. d/b/a THESIS            :
NOOTROPICS INC.,

                                     :

                 Defendants.          :

-----------------------------------------------------------------------:

                                     :

OUTLIERS INC. d/b/a THESIS            :
NOOTROPICS INC. and DANIEL
FREED,                               :
                   Counterclaim and
                Third Party Plaintiffs.    :

      -v-                            :

RECOOP LLC and ANASTASIA ALT,    :

                                     :
                   Counterclaim and
                Third Party Defendants.  :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received a number of direct communications to Chambers, including with respect to settlement. Many of these have come from Ms. Alt. The communications are improper.

      The Court will hear the parties either at scheduled conferences or through motions properly made and filed on the docket in conformance with the Federal Rules of Civil Procedure, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (https://nysd.uscourts.gov/sites/default/files/local_rules/2024-07-01%20Joint%20Local%20Rules.pdf), and the Court's Individual Practices in Civil Cases

(https://www.nysd.uscourts.gov/sites/default/files/practice_documents/LJL%20Liman%20Individual%20Practices%20in%20Civil%20Cases_updated%209.26.24.pdf).  All other communications will be disregarded.  All motions papers and letter-motions must be submitted through ECF.  *See* Individual Practices (1)(B).  Communications solely between parties or their counsel or otherwise not addressed to the Court may not be filed on ECF or otherwise sent to the Court (except as exhibits to an otherwise properly filed document).  *Id*.  Ms. Alt, who is proceeding pro se, is specifically directed to Paragraphs 1(I) and 2(O) of the Court's individual practices which contain rules for communications by pro se parties.  The Court adheres strictly to those practices.  Paragraph 1(H) of the Court's individual practices permit communications to Chambers by email only under limited circumstances.

Ms. Alt is further reminded that while she may represent herself in her individual capacity as a Counterclaim and Third-Party Defendant, she may not represent Recoop, and therefore may not communicate with the Court or with Outliers, Outliers counsel, or Outliers representatives, including Mr. Freed, on behalf of Recoop.  *See Tatintsian v. Vorotyntsev*, 2024 WL 3675606, at *5 (S.D.N.Y. Aug. 6, 2024) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.") (quoting *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993)).  The Court has not yet granted counsel for Recoop permission to withdraw from the case, and unless and until the Court does so, only Bochner PLLC may communicate with the Court or with the opposing party on behalf of Recoop.

SO ORDERED.

Dated: November 20, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge