ROTTENBERG LIPMAN RICH, P.C.

THE HELMSLEY BUILDING
230 PARK AVENUE
EIGHTEENTH FLOOR
NEW YORK, NEW YORK 10169
TELEPHONE (212) 661-3080
TELECOPIER (212) 867-1914

NEW JERSEY OFFICE
PARK 80 WEST, PLAZA ONE
250 PEHLE AVENUE, SUITE 601
SADDLE BROOK, NEW JERSEY 07663
TELEPHONE (201) 490-2022
TELECOPIER (201) 490-2040

WWW.RLRPCLAW.COM

LAUREN RAYNER DAVIS
Of Counsel
LDavis@rlrpclaw.com

---

**BY ECF**

Honorable Lewis J. Liman, U.S.D.J.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

The oral argument currently scheduled for April 23, 2025 is adjourned to Wednesday, May 14, 2025 at 3:30 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.

April 17, 2025

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re:   <u>Recoop LLC v. Outliers Inc., et al., Civil Action No.: 1:24-cv-01810-LJL</u>

Dear Judge Liman:

    We represent Thesis and Daniel Freed. After conferring with Recoop's counsel, the parties write to jointly request an adjournment of the April 23 oral argument, presently scheduled to be held in person at 2:30 p.m. that day, on Thesis's pending motions for cost-sharing compliance (ECF No. 95), for Rule 11 sanctions and for attorneys' fees under the Defend Trade Secrets Act (ECF No. 102). (*See* ECF No. 109).

    The reason for the request is that I will be out of town until Thursday, April 24, and Recoop's counsel is scheduled to appear in court on another matter that morning as well as appear for a deposition later in the day. Recoop's counsel further indicates that his office will be on trial from May 1 until May 8. The parties thus respectfully request, if possible, that the hearing be rescheduled at the earliest date that is convenient to the Court from April 25 to April 30 or such other date from May 8 to May 20 (my colleague, Mr. Kayman, will be out of the country from May 21 through June 1) as the Court deems appropriate.

    We thank the Court for its courtesies in this matter.

    Respectfully submitted,

    */s/ Lauren Rayner Davis*

    Lauren Rayner Davis

cc:   All counsel of record (via ECF)