### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RECOOP LLC,<br><br>        Plaintiff,<br><br>  - against -<br><br>OUTLIERS INC. d/b/a THESIS NOOTROPICS INC.,<br><br>        Defendant. | Civil Action No.: 1:24-cv-01810-LJL<br><br>**ORDER COMPELLING COST-SHARING COMPLIANCE** |
| OUTLIERS INC. d/b/a THESIS NOOTROPICS INC. and DANIEL FREED,<br><br>        Counterclaim and Third Party Plaintiffs,<br><br>  - against -<br><br>RECOOP LLC and ANASTASIA ALT,<br><br>        Counterclaim and Third Party Defendants. | |

This matter having been brought before the Court by Rottenberg Lipman Rich, P.C., counsel for Defendant/Counterclaim Plaintiff Outliers Inc. d/b/a Thesis Nootropics Inc. ("Thesis") and Third Party Plaintiff Daniel Freed ("Freed") in the above-captioned action, by Thesis's Letter-Motion seeking to compel compliance with this Court's August 2, 2024 Orders (ECF Nos. 39, 40) and for sanctions and attorneys' fees under Federal Rule of Civil Procedure 37(b)(2)(A) and (C), or in the alternative, this Court's inherent power; and the Court having considered the parties' papers in support of and in opposition thereto, if any; and for good cause having been shown, on

this _14_ day of _____May__, 2025_, it is hereby **ORDERED** that the Letter Motion

is **GRANTED IN PART and DENIED IN PART.**   Plaintiff Recoop LLC ("Recoop") is hereby

compelled to pay Stroz Friedberg, LLC the total amount of $45,071.61 within five (5) business

days of the date of this Order.

The Clerk of Court is respectfully directed to close Dkt. No. 95.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge