```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
RECOOP LLC,                                                      :
                                                                 :
                          Plaintiff,                             :
                                                                 :   24-cv-1810 (LJL)
        -v-                                                      :
                                                                 :       ORDER
OUTLIERS INC. d/b/a THESIS                                       :
NOOTROPICS INC.,                                                 :
                                                                 :
                          Defendant.                             :
                                                                 :
-----------------------------------------------------------------:
                                                                 :
OUTLIERS INC. d/b/a THESIS                                       :
NOOTROPICS INC. and DANIEL                                       :
FREED,                                                           :
                  Counterclaim and                               :
                  Third-party Plaintiffs.                        :
                                                                 :
        -v-                                                      :
                                                                 :
RECOOP LLC and ANASTASIA ALT,                                    :
                                                                 :
                  Counterclaim and                               :
                  Third-party Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

  Counsel having appeared, the order at Dkt. No. 146 is amended as follows.

  The stay of this case is lifted. Counterclaim and Third-Party Plaintiffs Outliers Inc. d/b/a Thesis Nootropics Inc. and Daniel Freed may formally move to amend the third party complaint at any time period to October 10, 2025. Responses to the motion to amend and a reply in further support of the motion to compel are due on October 24, 2025. Recoop LLC and/or Anastasia Alt may move to dismiss for lack of subject matter jurisdiction prior to October 10, 2025. Freed and Outliers are relieved of any obligation to respond pending further order of the Court determining that such response is necessary.

  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 147.

SO ORDERED.

Dated: October 6, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2