```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RECOOP LLC,                                                        :
:
                        Plaintiff,                                 :
:                          24-cv-01810 (LJL)
        -v-                                                        :
:                             ORDER
OUTLIERS INC. d/b/a THESIS                                         :
NOOTROPICS INC.,                                                   :
:
                        Defendant.                                 :
:
------------------------------------------------------------------ :
:
OUTLIERS INC. d/b/a THESIS                                         :
NOOTROPICS INC. and DANIEL                                         :
FREED,                                                             :
                        Counterclaim and                           :
                    Third-party Plaintiffs.                        :
:
        -v-                                                        :
:
RECOOP LLC and ANASTASIA ALT,                                      :
:
                        Counterclaim and                           :
                   Third-party Defendants.                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   Plaintiff Recoop LLC ("Plaintiff") purports to withdraw the claims it asserted in its complaint. Dkt. No. 160. Plaintiff cannot unilaterally withdraw those claims; it lost them. *See* Fed. R. Civ. P. 41(a)(2) ("an action may be dismissed at the plaintiff's request, only by court order").[1] The Court is vested with supplemental jurisdiction. *See* Dkt. No. 159.

---

[1] The Court assumes for purposes of this Order that Rule 41 applies to claims and parties and not actions. *See Money Tree Cap. Funding, LLC v. Money Tree Cap. Markets LLC*, 2023 WL 2346364, at *2 (S.D.N.Y. Mar. 3, 2023).

Plaintiff and third-party Defendant shall respond to the letter at Dkt. No. 162 by November 20, 2025.

SO ORDERED.

Dated: November 19, 2025
      New York, New York

                                                LEWIS J. LIMAN
                                          United States District Judge