USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                              :

RECOOP LLC,
                              :

                Plaintiff,      :

                              :        24-cv-01810 (LJL)

     -v-                        :

                              :          ORDER

OUTLIERS INC. d/b/a THESIS     :
NOOTROPICS INC.,
                              :

                Defendant.     :

-------------------------------------------------------------- :

                              :

OUTLIERS INC. d/b/a THESIS     :
NOOTROPICS INC. and DANIEL    :
FREED,
               Counterclaim and    :
         Third-party Plaintiffs.    :

                              :

     -v-                        :

                              :

RECOOP LLC and ANASTASIA ALT,  :

                              :

               Counterclaim and    :
        Third-party Defendants.   :

                              :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The timing for responses to and replies with respect to the motion for partial summary judgment is governed by Local Civil Rule 6.1(b).  Pursuant to that rule, answering papers were due 14 days after service of the motion and the reply memorandum is due seven days after service of the answering papers.

      SO ORDERED.

Dated: December 23, 2025
      New York, New York               _____
                                    LEWIS J. LIMAN