USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                     :

RECOOP LLC,                         :

                                       :

              Plaintiff,               :

                                       :                 24-cv-01810 (LJL)

       -v-                            :

                                       :                     ORDER

OUTLIERS INC. d/b/a THESIS         :
NOOTROPICS INC.,

                                       :

             Defendant.           :

                                       :

------------------------------------------------------------------ :

                                       :

OUTLIERS INC. d/b/a THESIS         :
NOOTROPICS INC. and DANIEL
FREED,                                   :

                    Counterclaim and      :
                    Third-Party Plaintiffs.   :

                                       :

        -v-                            :

                                       :

RECOOP LLC and ANASTASIA ALT,   :

                                       :

                    Counterclaim and      :
                    Third-Party Defendants.   :

                                       :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order further documents the Court's rulings at the conference on February 18, 2026.

Thesis Nootropics, Inc. ("Thesis") and Daniel Freed ("Freed") shall serve on Recoop

LLC ("Recoop") and Anastasia Alt ("Alt") a document request that is targeted to the

counterclaims by February 20, 2026.  The document request may demand that production of

responsive documents be completed by no later than March 20, 2026.  See Fed. R. Civ. P.

34(b)(2)(B) (the request may set the time within which production shall be completed).  Thesis

and Freed may, but are not required to, serve a narrowed request for interrogatories by that same date.

By March 6, 2026, Recoop and Alt shall provide written responses to the February 20, 2026 document request and shall answer the extant interrogatories at Dkt. No. 49-3, except to the extent the interrogatories are limited by amendment.  Recoop and Alt shall make any objections to the document requests and interrogatories by March 6, 2026.  If no such objections are made, they will be deemed to be waived.  The Court does not decide whether Recoop and Alt waived the right to make objections to the document requests or interrogatories by failing to object to the original requests and interrogatories served in July 2024.

Recoop and Alt shall produce or otherwise make available for inspection documents in response to the amended document request by March 20, 2026.

The parties shall file a proposed amended case management plan by February 25, 2026.

The Court adopts the following briefing schedule for Freed's motion for entry of judgment at Dkt. No. 187.  Recoop and Alt's response to the motion is due February 27, 2026. Freed shall reply by March 6, 2026.

SO ORDERED.

Dated: February 18, 2026
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2