**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------

RECOOP LLC,

                Plaintiff,

          -v-

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC.,

                Defendant.

------------------------------------------------------------------

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC. and DANIEL
FREED,

              Counterclaim and
              Third-Party Plaintiffs.

-v-

RECOOP LLC and ANASTASIA ALT,

              Counterclaim and
              Third-Party Defendants.

------------------------------------------------------------------

24 **CIVIL** 1810 (LJL)

**<u>RULE 54(b) JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 9, 2026, Freed's motion for entry of partial final judgment and for relief from the automatic 30-day stay of execution is granted. The Court having found no just reason for delay and that the other requirements of Rule 54(b) are satisfied, judgment is hereby entered.

**Dated:**  New York, New York

      March 10, 2026

                              **TAMMI M. HELLWIG**

                                 **Clerk of Court**

**BY:**

                                 **Deputy Clerk**