UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

RECOOP LLC,

                       Plaintiff,

      -v-

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC.,

                       Defendant.

---------------------------------------------------------------

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC. and DANIEL
FREED,

                 Counterclaim and
                 Third-Party Plaintiffs.

      -v-

RECOOP LLC and ANASTASIA ALT,

                 Counterclaim and
                 Third-Party Defendants.

--------------------------------------------------------------------X

24-cv-01810 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This Order clarifies the entry of partial final judgment issued at Dkt. No. 198 on March 9, 2026.

Daniel Freed's motion for entry of partial final judgment and for relief from the automatic 30-day stay of execution was granted on March 9, 2026. The Court having found no just reason for delay and that the other requirements of Rule 54(b) are satisfied, the Clerk of Court is respectfully directed to enter a separate judgment in favor of Daniel Freed against Recoop LLC reflecting the Court's award of the sum certain of $380,190.75 in advanced

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2026

expenses and $14,802.50 in arbitrator fee reimbursements together with prejudgment interest from May 19, 2025 at the statutory rate of 9% per annum authorized by N.Y. C.P.L.R. § 5004,[1] and post-judgment interest to be calculated pursuant to 28 U.S.C. § 1961 from the date of entry of final judgment until the judgment is satisfied.  The Clerk of Court is also respectfully directed to lift the 30-day automatic stay to permit immediate enforcement and registration.

SO ORDERED.

Dated: March 10, 2026
        New York, New York

_____
LEWIS J. LIMAN
United States District Judge

---

[1] *See Hotel and Gaming Trades Council, AFL-CIO v. Key Hotels, LLC*, 2025 WL 3142060, at *4 (S.D.N.Y. Nov. 10, 2025) (awarding prejudgment interest pursuant to the New York statutory rate in an action to confirm an arbitration award).