**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------

RECOOP LLC,

                         Plaintiff,

                  -v-

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC.,

                         Defendant.

24 **CIVIL** 1810 (LJL)

-------------------------------------------------------------------

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC. and DANIEL
FREED,

                         Counterclaim and
                         Third-Party Plaintiffs.

-v-

RECOOP LLC and ANASTASIA ALT,

                         Counterclaim and
                         Third-Party Defendants.

**<u>JUDGMENT</u>**

-------------------------------------------------------------------

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 9, 2026, and the Court's Order dated March 10, 2026, Freed's motion for entry of partial final judgment and for relief from the automatic 30-day stay of execution is granted. The Court having found no just reason for delay and that the other requirements of Rule 54(b) are satisfied, judgment is hereby entered. a separate judgment in favor of Daniel Freed against Recoop LLC reflecting the Courts award of the sum certain of $380,190.75 in advanced expenses and $14,802.50 in arbitrator fee reimbursements together with prejudgment interest from May 19, 2025 at the statutory rate of 9% per annum authorized by N.Y. C.P.L.R. § 5004 amounting to $28, 731.70 in total prejudgment interest, and post-judgment interest to be calculated pursuant to 28 U.S.C. § 1961 from the date of entry of

final judgment until the judgment is satisfied. The Court lifts the 30-day automatic stay to permit immediate enforcement and registration .

**Dated:** New York, New York

March 10, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**