USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                        :

RECOOP LLC,                    :

                          :

          Plaintiff,          :

                          :       24-cv-01810 (LJL)

     -v-                 :

                          :         ORDER

OUTLIERS INC. d/b/a THESIS     :
NOOTROPICS INC.,

                          :

         Defendant.      :

                          :

-------------------------------------------------------------------- :

                          :

OUTLIERS INC. d/b/a THESIS     :
NOOTROPICS INC. and DANIEL    :
FREED,

              Counterclaim and    :
              Third-Party Plaintiffs. :

                          :

     -v-                 :

                          :

RECOOP LLC and ANASTASIA ALT, :

                          :

              Counterclaim and    :
              Third-Party Defendants. :

                          :

--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Daniel Freed and Thesis Nootropics Inc. shall respond to the opposition brief at Dkt. No.

202 no later than March 12, 2026.


     SO ORDERED.

Dated: March 11, 2026
     New York, New York            _____
                               LEWIS J. LIMAN
                          United States District Judge