UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RECOOP LLC,

                     Plaintiff,

      -v-

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC.,

                   Defendant.

------------------------------------------------------------------

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC. and DANIEL
FREED,

               Counterclaim and
               Third-Party Plaintiffs.

      -v-

RECOOP LLC and ANASTASIA ALT,

               Counterclaim and
               Third-Party Defendants.

------------------------------------------------------------------X

24-cv-01810 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2026

LEWIS J. LIMAN, United States District Judge:

By order of March 12, 2026, the Court directed the parties to meet and confer regarding a neutral vendor and to submit either a joint proposal or separate proposal for neutral vendors. Dkt. No. 206 ¶ 3. Thesis and Freed have complied with the Court order and submitted the name of a proposed neutral vendor: Global Data Risk ("GDR"). Dkt. No. 207. Recoop has not complied. The Court has reviewed the qualifications of GDR and, having satisfied itself regarding those qualifications, appoints GDR as neutral vendor to carry out the responsibilities set forth in the March 12 order. Recoop is reminded of its obligations under that order. Failure

to comply may result in contempt sanctions as well as in the spoliation sanctions set forth in paragraph 14. The Court directs the Neutral Vendor to provide to the Court a progress report by no later than April 1, 2026.

The Court also has the motion of counsel to Recoop to withdraw. Dkt. No. 203. That motion is opposed. Dkt. No. 205. The Court will hold an in-person hearing on that motion on Monday, March 23 at 2:30 p.m. in Courtroom 15C. Counsel should be prepared to address what measures if any have been taken to ensure that the prosecution of this lawsuit will not be disrupted by the withdrawal of counsel, to provide support for the contention that counsel's fees and expenses have not been paid, and to set forth why the Court should not conclude that, at the time counsel was retained, counsel was aware of the financial condition of Recoop and Alt and what measures if any counsel undertook to ensure that having appeared in this case it would not have to file a motion to withdraw.

The case remains stayed against Alt.

SO ORDERED.

Dated: March 18, 2026
New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2