UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

RECOOP LLC,

                          Plaintiff,

           -v-

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC.,

                          Defendant.

-------------------------------------------------------------------

OUTLIERS INC. d/b/a THESIS
NOOTROPICS INC. and DANIEL
FREED,
                          Counterclaim and
                          Third-Party Plaintiffs.

           -v-

RECOOP LLC and ANASTASIA ALT,

                          Counterclaim and
                          Third-Party Defendants.

---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2026

24-cv-01810 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has before it the parties' Stipulation, Order and Permanent Injunction.  Dkt. No. 221.  That order would have the Court enjoin the Recoop Parties and any related entities under the ownership and control of Alt from making any public communication or statement relating to Thesis, Freed or any number of persons related to Thesis and from making any communication related to the Thesis Parties to anyone identified as a customer, supplier or other party with whom either of the Thesis Parties maintains a business relationship.  *Id.* ¶ 1.  If the Recoop Parties or Alt violate the injunction, they would be deemed in contempt of Court.  *Id.*

2

¶ 2.  As drafted, the proposed injunction thus raises First Amendment issues that the parties have not addressed.  *See JC Hosp. v. Hochberg*, 2025 WL 3124313, at *19 (S.D.N.Y. Nov. 7, 2025) (citing cases).

By no later than June 12, 2026, the parties (or each of them) shall submit a letter brief providing support for the proposed form of relief.

SO ORDERED.

Dated: June 5, 2026
        New York, New York

_____
                LEWIS J. LIMAN
                United States District Judge

2