**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RECOOP LLC,<br><br>    Plaintiff,<br><br> - against -<br><br>OUTLIERS INC. d/b/a THESIS NOOTROPICS INC.,<br><br>    Defendant. | Civil Action No.: 1:24-cv-01810-LJL<br><br>**CONSENT JUDGMENT** |
| OUTLIERS INC. d/b/a THESIS NOOTROPICS INC. and DANIEL FREED,<br><br>    Counterclaim and<br>    Third Party<br>    Plaintiffs,<br><br> - against -<br><br>RECOOP LLC and ANASTASIA ALT,<br><br>    Counterclaim and<br>    Third Party<br>    Defendants. | |

**WHEREAS**, Counterclaim and Third-Party Plaintiffs Outliers Inc. d/b/a Thesis Nootropics Inc. ("Thesis") and Daniel Freed ("Freed," and together with Thesis, the "Thesis Parties") asserted counterclaims and third-party claims (collectively, the "Claims") against Counterclaim and Third-Party Defendants Recoop LLC ("Recoop") and Anastasia Alt ("Alt," and together with Recoop, the "Recoop Parties") in this action;

**WHEREAS**, the Recoop Parties have heretofore denied liability with respect to such counterclaims and third party claims;

**WHEREAS**, the Parties have entered into a Settlement and Release Agreement ("Settlement Agreement") to fully resolve this action;

**WHEREAS**, unless otherwise defined herein, capitalized terms in this Consent Judgment shall have the same meaning as those ascribed in the Settlement Agreement; and

**WHEREAS**, pursuant to the Settlement Agreement, the Parties have agreed to the entry of this Consent Judgment as to the counterclaims and third-party claims solely for purposes of enforcement upon the conditions set forth therein;

**IT IS HEREBY STIPULATED AND ORDERED THAT:**

1. Except as otherwise heretofore ordered as adjudged by the Court, judgment is hereby entered in favor of Freed against Recoop on Freed's claim to advancement and indemnification by Recoop asserted by Freed against Recoop under Recoop's Operating Agreement, dated February 27, 2019.

2. In addition to the partial final judgment, dated March 9, 2026, granted by the Court in favor of Freed against Recoop following the Court's confirmation of the Final Award, dated May 19, 2025, Recoop is further liable to Freed in the total amount of Four Hundred Ninety-Seven Thousand Eight Hundred Fifteen Dollars and Ninety Four Cents ($497,815.94), representing attorneys' fees, expert expenses, litigation costs, and other expenses and costs incurred in connection with the Defended Claims, together with pre-judgment interest from May 19, 2025 at the applicable statutory rate to the date of entry of this Consent Judgment and post-judgment interest from the date of entry of this Consent Judgment at the rate provided by 28 U.S.C. § 1961 until paid (the "Consent Judgment Amount").

3. Enforcement of the Consent Judgment Amount by Freed is expressly governed by and subject to paragraph 1 of the Settlement Agreement. This Consent Judgment shall not be executed upon, enforced, or recorded unless and until the conditions set forth in the Settlement Agreement permitting enforcement have occurred.

4. The Honorable Lewis J. Liman, United States District Judge retains jurisdiction to enforce this Consent Judgment and the Settlement Agreement in accordance with their terms, including

determinations of attorneys' fees that may be recoverable in connection with any proceeding to enforce this Consent Judgment.

5.    The prevailing party, in whole or substantial part, in any action to enforce this Consent Judgment will be entitled to payment of his, her, or its reasonable attorneys' fees and expenses. Counsel for the Parties.

Dated: April 14, 2026

By:_____
     Garrick A. Hollander, Esq.
     Winthrop Golubow Hollander, LLP
     521 5th Avenue, 17th Floor
     New York, New York 10175
     (917) 361-3400
     ghollander@wghlawyers.com

     *Attorneys for Plaintiff/Counterclaim*
     *Defendant Recoop LLC and Third Party*
     *Defendant Anastasia Alt*

Dated:_____June 3_____, 2026

By:_____
     Steven M. Kayman, Esq.
     Rottenberg Lipman Rich, P.C.
     230 Park Avenue, 18th Floor
     New York, New York 10169
     (212) 661-3080
     skayman@rlrpclaw.com

Dated:_____June 3_____, 2026

By:_____
     Lauren Rayner Davis, Esq.
     Offit Kurman, P.A.
     590 Madison Avenue, 6th Floor
     New York, New York 10022
     (212) 545-1900
     lauren.davis@offitkurman.com

     *Attorneys for Defendant/Counterclaim*
     *Plaintiff Outliers Inc. d/b/a Thesis*
     *Nootropics Inc. and Third Party Plaintiff*
     *Daniel Freed*

**SO ORDERED.**

Dated: June 16, 2026
          New York, New York

_____
          LEWIS J. LIMAN
     United States District Judge

3